JUNE 3, 2015                                    32,448-07

Hon. ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 09 2015
Abel Acosta, Clerk

RE: MARTIN, EDDIE WAGNER, SR.
CCA NO. WR-32,448-07
TRIAL COURT CASE NO. 39690-C

DEAR CLERK:

This letter is to advise that I am back in the Wichita County Jail Annex on bench warrant. Please send all future correspondence to the address noted below.

Sincerely,
Eddie W. Martin, Sr. #AG5737
WICHITA COUNTY JAIL ANNEX
P.O. BOX 8536
Wichita Falls, Texas 76307